**Motion granted and Order filed April 26, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00740-CV**

_____

**IN RE GUARDIANSHIP OF THOMAS NEY HUNT, II, AN ALLEGED INCAPACITATED PERSON**

**On Appeal from the County Court at Law No. 3
Fort Bend County, Texas
Trial Court Cause No. 21-CPR-036072**

# O R D E R

Before the court is appellee's motion for assistance with reporter's record. Appellee states a record of a hearing the trial court held on August 16, 2021 is necessary for preparation of appellee's brief. The motion also states that appellee has made several requests to the court reporter to clarify the fee for that transcript, but those requests have been unsuccessful. This court is jointly responsible with the trial court for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Accordingly, the court GRANTS appellant's motion. The official court reporter of the County Court at Law No. 3 of Fort Bend County is ordered to inform

this court within **10 days** of the date of this order what payment is required for the record of the August 16, 2021 hearing and a date by which the record can be filed. If the court reporter fails to do so this court may abate the appeal for a hearing in the trial court. *See* Tex. R. App. P. 34.6(e)(3)

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.